UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM F. (BILLY) BADALATO, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>WISH TO GIVE PRODUCTION, LLC; )<br>16:14 ENTERTAINMENT INC.; )<br>INTERNATIONAL ALLIANCE OF )<br>THEATRICAL STAGE EMPLOYEES, )<br>MOVING PICTURE TECHNICIANS, )<br>ARTISTS AND ALLIED CRAFTS OF )<br>THE UNITED STATES ITS TERRITORIES AND )<br>CANADA, AFL-CIO, CLC; IATSE LOCAL 491; )<br>SCOTT D. HARBINSON; VAL T. HILL; )<br>YALE BADIK; and STEVEN P. WEGNER, )<br>        Defendants. ) | **JUDGMENT**<br><br>No. 7:19-CV-66-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of plaintiff's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 6, 2019, more particularly described therein, that plaintiff's motion to remand is granted and that this case is remanded to New Hanover County Superior Court, North Carolina for further proceedings.

**This Judgment Filed and Entered on August 6, 2019, and Copies To:**
Gerald F. Meek (via CM/ECF Notice of Electronic Notification)
Ryan Clifford Fairchild (via CM/ECF Notice of Electronic Notification)
D. J. O'Brien, III (via CM/ECF Notice of Electronic Notification)
Narendra K. Ghosh / Trisha Pande (via CM/ECF Notice of Electronic Notification)
The Honorable Jan Kennedy (via U.S. Mail at New Hanover County Clerk of Superior Court, P. O. Box 2023, Wilmington, NC 28402)

August 6, 2019                   PETER A. MOORE, JR., CLERK
                                            /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk